# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| PAULSON PRV HOLDING LLC et al<br><br>　　Plaintiff<br><br>　　　　v.<br><br>FAHAD GHAFAR; GLENDA ACEVEDO-MARTINEZ, et al<br><br>　　Defendants | Civil No.: 23-cv-01521 SCC<br><br>CIVIL RICO |

## NOTICE OF ABSENCE FROM JURISDICTION

**TO THE HONORABLE COURT**:

**COMES NOW**, the undersigned attorney and very respectfully informs and prays as follows:

1. Due to a scheduled family vacation, the undersigned will be absent from this jurisdiction between June 22nd, 2024 up to and including June 30th, 2024.

2. Because the undersigned is a solo practitioner, it is respectfully requested that the Honorable Court take note of the above, and accordingly refrain from issuing any orders and/or setting any hearings in the captioned case during the referenced period.

**WHEREFORE,** it is very respectfully requested that the Honorable Court take note of the above, and refrain from issuing any orders and/or setting any hearings in the captioned case until after July 1st, 2024, when the undersigned shall be available.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 7th day of June, 2024.

**I HEREBY CERTIFY** that on this 7th day of June, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsels of record.

S/MANUEL SAN JUAN
MANUEL SAN JUAN
USDC-PR No.: 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.:(787)723-6637 / (787) 723-6669
Email: sanjuanm@microjuris.com