**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| PAULSON PRV HOLDINGS LLC;<br>DUO CONDADO JV HOLDINGS, LLC;<br>et als,<br><br>Plaintiffs,<br><br>v.<br><br>FAHAD GHAFFAR<br>et als.,<br><br>Defendants. | CIVIL NO. 23-1521 (SCC) |

**INFORMATIVE MOTION**

**TO THE HONORABLE COURT:**

Defendants Fahad Ghaffar and Thinking Ahead LLC, by and through their undersigned counsel, respectfully submit this Informative Motion in compliance with this Honorable Court's Opinion and Order [D.E. 214].

The appearing defendants hereby inform that as of today the Plaintiffs have not filed a Racketeering Influence and Corrupt Organizations Act ("RICO") claim in arbitration as required by the Amended and Restated Management Services Agreement ("MSA").

**WHEREFORE**, the appearing defendants respectfully request this Honorable Court take notice of the aforesaid.

In San Juan, Puerto Rico, this 8th day of October 2025.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY** that on this same date a copy of this document has been filed with the Clerk of the Court using the CM/ECF System, which will send copy to all parties and/or attorneys of record.

/s/Harold D. Vicente-Colón
Harold D Vicente Colón
USDC -PR 211805
VICENTE LAW LLC
Capital Center Sur Ph1-1201
239 Arterial Hostos
Hato Rey, PR 00918
Tel. (787) 751-8000
hdvc@vclawpr.com

Jose A. Andreu Fuentes
USDC 204409
Alfredo M. Umpierre-Soler
USDC-PR 226205
Andréu & Sagardia
261 Ave. Domenech
San Juan, PR 00918-3518
Tel. (787) 754-1777
jaf@andreu-sagardia.com

Martin P. Russo
Martin P. Russo (*Pro Hac Vice*)
Robert Sidorsky (*Pro Hac Vice*)
Daniel Branower (*Pro Hac Vice*)
RUSSO PLLC
350 Fifth Avenue, Suite 7230
New York, New York 10118
Tel. (212) 363-2000
martin@russopllc.com